UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
CHAZE CORPORATION,                    Index No. CV 03-4851
                                                (FB)(JMA)
       Plaintiff,

   - against -

JP MORGAN CHASE & CO. and
DOUGLAS X. ALEXANDER,

       Defendants.
----------------------------------X
JPMORGAN CHASE BANK,

       Third-Party
       Plaintiff,

   -against-

**DEFAULT JUDGMENT**

ADVANCE LOCAL DEVELOPMENT
CORP., C. EDMUND BURTON, THOMAS
WESCOTT AND WAYNE ODOM.                Block, J.
                                       Azrack, M.J.

       Third-Party
       Defendants.
----------------------------------X

    In this third party action, the third-party defendant Advance Local Development Corporation was duly served with the third-party complaint of third-party plaintiff J.P. Morgan Chase (s/h/a The Chase Manhattan Bank) (herein "Chase"), and failed to plead or otherwise defend the claims asserted therein. The time for pleading or otherwise defending has expired, and the default of the defendant Advance Local Development Corporation has been duly entered according to law.

    NOW, upon application of Simmons, Jannace & Stagg, L.L.P., attorneys for third-party plaintiff Chase, judgment is hereby

entered against third-party defendant Advance Local Development Corporation in accordance with the prayer of the claims in third-party plaintiff Chase's third-party complaint, and

IT IS ORDERED, ADJUDGED AND DECREED, that third-party plaintiff Chase is awarded judgment against third-party defendant Advance Local Development Corporation for any judgment, decree or settlement first-party plaintiff Chaze Corporation may obtain against Chase in the first-party action, with interest at the judgment rate from the date of such judgment, decree or settlement, until paid, together with the costs, attorneys fees and disbursements incurred by third-party plaintiff Chase in the first-party action, including all fees, costs and attorneys fees incurred by Chase in obtaining payment for such judgment, decree or settlement.

Dated: \_\_\_10\|6\|\_\_\_, 2005
Brooklyn, New York

By: The Honorable Frederic Block
U.S. District Court Judge